# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

**In Re:**   Case No. 16-50902

Claim No. : 1

KEVIN JAMES CURTIN

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

**Address where Payment to the creditor be sent:**

| | |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 201347 | P.O. BOX 4360 |
| Arlington, TX 76006 | Houston, TX 77210-4360 |

Date: 11/30/2017

/s/ Mohammed Lala

Creditor's Authorized Agent for Capital One, N.A.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

**Case Information:**

Debtor: KEVIN JAMES CURTIN

| Street | City State Zip |
|---|---|
| 3532 SHEPPERDS MILL ROAD | BERRYVILLE, VA 22611 |

| Case Number | Court | Chapter | Filing Date |
|---|---|---|---|
| 16-50902 | VIRGINIA | 13 | 09/20/2016 |

**Trustee:**

HERBERT L BESKIN
PO BOX 2103
CHARLOTTESVILLE, VA 22902

**Debtor/Attorney for Debtor**

ERYK GABHRAN BOSTON
125 COUNTRY PARK DRIVE
WINCHESTER, VA 22602

By: /s/ Mohammed Lala
Mohammed Lala
P.O. BOX 201347
Arlington, TX 76006